```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE
```

| | | |
|---|---|---|
| VINCENT LEE ROBINSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil No. 09-267-B-W |
| | ) | |
| DENNIS MCNAMARA, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRAGTE JUDGE

The United States Magistrate Judge filed with the Court on July 30, 2009 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on August 10, 2009. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Complaint (Docket #1) be and herby is <u>DISMISSED</u>.

    SO ORDERED.

```
                                    /s/John A. Woodcock, Jr.
                                    JOHN A. WOODCOCK, JR.
                                    CHIEF UNITED STATES DISTRICT JUDGE
```

Dated this 11th day of August, 2009